IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

FILED-CLERK
U.S. DISTRICT C...
03 FEB 27 AM 9:41
TEXAS-EASTERN
BY_____

| | | |
|---|---|---|
| **TERRY WALKER, ET AL** | § § | |
| v. | § § | NO. 5:02CV3(DF) |
| **RENT-A-CENTER, INC., ET AL** | § | |

## JOINT MOTION FOR ENTRY OF A BRIEFING SCHEDULE

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW Separate Defendants, Morgan Stanley & Co. Incorporated, Bear, Stearns & Co. Inc., Lehman Brothers, Inc., The Robinson-Humphrey Company, LLC (hereinafter "the Underwriter Defendants"), and Plaintiffs and for this Joint Motion for Entry of a Briefing Schedule state as follows:

I.

Presently pending before the Court is a Motion to Dismiss filed by the Underwriter Defendants. The parties have conferred and agreed that a briefing schedule different from that provided under the Federal Rules of Civil Procedure and Local Rules for the Eastern District of Texas is necessary. Therefore, the parties respectfully request that the Court enter an Order providing that the Plaintiffs' Response to the aforementioned Motion to Dismiss be filed by the close of business on April 14, 2003. Furthermore, the parties request that the Court order that the Defendants' Reply Brief be filed by the close of business on May 21, 2003.

II.

WHEREFORE, PREMISES CONSIDERED the Underwriter Defendants and Plaintiffs

---



respectfully request that the Court grant this Joint Motion for Entry of a Briefing Schedule.

Respectfully submitted,

*signature*

Lance Lee
Texas Bar No. 24004762
**YOUNG, PICKETT & LEE**
4122 Texas Blvd.-P.O. Box 1897
Texarkana, TX-AR 75504-1897
Telephone:    903/794-1303
Facsimile:    903/792-5098


*signature* by permission
*L. Lee*

Richard A. Adams
Texas Bar No. 00786956
**PATTON, HALTOM, ROBERTS
MCWILLIAMS & GREER, LLP**
2900 St. Michael Drive, Suite 400
Century Bank Plaza
Texarkana, Texas 75503

## CERTIFICATE OF SERVICE
## PURSUANT TO LOCAL RULE CV-5(e)

I hereby certify that a true and correct copy of the above and foregoing document has been provided to all known counsel of record as indicated below, on the 27th day of February, 2003.

| | |
|---|---|
| George McWilliams/Richard A. Adams<br>PATTON, HALTOM, ROBERTS,<br>McWILLIAMS & GREER LLP<br>2900 St. Michael Drive, Suite 400<br>Texarkana, TX 75505 | ☐ Local Courier Service<br>■ Hand-delivery<br>☐ Facsimile<br>☐ U. S. Mail<br>☐ U. S. Certified Mail<br>☐ Federal Express<br>☐ Other courier service |
| Seth Ottensoser/Stephanie Beige<br>MILBERG WEISS BERSHAD<br>HYNES & LERACH LLP<br>One Pennsylvania Plaza<br>New York, NY 10119 | ☐ Local Courier Service<br>☐ Hand-delivery<br>☐ Facsimile<br>☐ U. S. Mail<br>☐ U. S. Certified Mail<br>■ Federal Express<br>☐ Other courier service |
| Cary Patterson<br>Jeffrey Angelovich/Bradley Beckworth<br>NIX, PATTERSON & ROACH, LLP<br>205 Linda Drive<br>Daingerfield, TX 75638 | ☐ Local Courier Service<br>☐ Hand-delivery<br>☐ Facsimile<br>☐ U. S. Mail<br>☐ U. S. Certified Mail<br>■ Federal Express<br>☐ Other courier service |
| Nicholas Patton<br>PATTON, TIDWELL & SCHROEDER<br>4605 Texas Boulevard<br>Texarkana, TX 75505-5398 | ☐ Local Courier Service<br>■ Hand-delivery<br>☐ Facsimile<br>☐ U. S. Mail<br>☐ U. S. Certified Mail<br>☐ Federal Express<br>☐ Other courier service |
| Frank Jones<br>FULBRIGHT & JAWORSKI<br>1301 McKinney, Suite 5100<br>Houston, TX 77002 | ☐ Local Courier Service<br>☐ Hand-delivery<br>☐ Facsimile<br>☐ U. S. Mail<br>☐ U. S. Certified Mail<br>■ Federal Express<br>☐ Other courier service |

_____
Lance Lee