UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| TERRY WALKER, | § | |
| Plaintiff | § | |
| v. | § | No. 5:02-CV-3 (DF) |
| | § | LEAD CASE |
| RENT-A-CENTER, INC., et al | § | |
| Defendant | § | |

## O R D E R

The Court, having considered Defendants, Rent-A-Center, Inc.; Michael Craig Talley,

Mark Andrew Talley, and Matthew Talley as the Independent Co-Executors of the Estate of J.

Ernest Talley; Mitchell E. Fadel; Robert D. Davis; Mark E. Speese; L. Dowell Arnette; Laurence

M. Berg; Peter P. Copses; J. V. Lentell; Morgan Stanley Dean Witter Co.; Bear, Stearns, Co.;

Lehman Brothers, Holding, Inc.; and Robinson Humphrey Co., Unopposed Motion to Extend

Time to Reply to Lead Plaintiffs' Response to the Later Added Defendants' Motion to Dismiss

the Third Amended Consolidated Class Action Complaint, concludes that the motion is well

taken and should be GRANTED. Accordingly, it is ORDERED that the Defendants are granted

to and including November 15, 2004 to file their reply to Lead Plaintiffs' Response to the Later

Added Director Defendants' Motion to Dismiss the Third Amended Consolidated Class Action

Complaint.

Signed this _____ day of October, 2004.


The Honorable David Folsom
United States District Judge