UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| TERRY WALKER, | § | |
|     Plaintiff | § | |
| v. | § | No. 5:02-CV-3 (DF) |
| | § | LEAD CASE |
| RENT-A-CENTER, INC., et al | § | |
|     Defendant | § | |

### ORDER

The Court, having reviewed the Later Added Defendants' Unopposed Motion to Exceed Page Limit finds the motion is well taken and should be GRANTED.

IT IS THEREFORE ORDERED, ADJUGED, AND DECREED that Later Added Defendants Laurence M. Berg, Peter P. Copses and J.V. Lentell are granted leave to file their Reply to Plaintiffs' Response to their Motion to Dismiss in excess of the page limit.

IT IS SO ORDERED.

Signed this 17th day of Nov., 2004.

Honorable David Folsom
United States District Judge